MICHAEL PALENCIA, Respondent, v. MUNSON STEAMSHIP LINE and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Rich, Jaycox and Lazansky, JJ., concur; Kapper, J., dissents upon the ground that no negligence was proved against the master, and upon the further ground that the verdict as against the Munson Steamship Line is contrary to the credible evidence.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PANICO, Alias GIOVANNI PAINICIO, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE INDUSTRIAL SCHOOL ASSOCIATION OF BROOKLYN, EASTERN DISTRICT, and Another, Respondents, Appellants, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Another, Appellants, Respondents.— The assessments were void at their inception, and mandamus under the circumstances is the proper remedy. (*Matter of Brooklyn Children's Aid Society*, 166 App. Div. 852; affd., 215 N. Y. 705.) The order of mandamus is, therefore, modified so as to provide for the cancellation of the assessments for opening Richardson street and for widening North Second street; and as so modified affirmed, without costs. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

PHILIP SASSO, Respondent, v. NORTHERN DOCK COMPANY, INC., Appellant, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

ISIDORE M. SILBERMAN and Another, Associated in the Practice of Law under the Firm Name, etc., Respondents, v. LEWIS J. FEINSTEIN, Appellant.— Order and judgment reversed on the law and the facts, with costs, and motion denied, with ten dollars costs. The affidavits presented in this case do not clearly show that the defense interposed is false, and that there is no issue in fact to be tried. Under these circumstances it cannot be said that the defense interposed is sham or frivolous. (*General Investment Co.* v. *Interborough R. T. Co.*, 235 N. Y. 133; *Curry* v. *Mackenzie*, 239 id. 267; *Dwan* v. *Massarene*, 199 App. Div. 872.) Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.